# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SARAH LUTHE,

      Plaintiff,

v.                                              Case No. 11-14879
                                                      Honorable Denise Page Hood

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____/

## JUDGMENT

      In accordance with the Order entered this date and the Court having entered an order granting Defendant's Motion for Summary Judgment and dismissing the case;

      Accordingly, judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Sarah Luthe.

                                                                         DAVID J. WEAVER
                                                                         CLERK OF COURT

                                                       By: s/LaShawn Saulsberry
Approved:                                                    Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge
DATED: March 27, 2013

Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 27, 2013, by electronic and/or ordinary mail.

                                    S/LaShawn R. Saulsberry
                                    Case Manager